# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00443-CV

**In re City of Pflugerville, Texas; David Rogers; Scott Johnson; and Lee Hill**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: September 8, 2021